IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. JFM-03-368 |
| | * | |
| ASSORTED COMPUTER EQUIPMENT | * | |
| (CHICK) | * | |
| Defendant. | * | |

\* \* \* \* \* \* \*

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by and through undersigned counsel, hereby moves for entry of a Decree of Forfeiture, and in support of such motion states the following:

1. The Verified Complaint for Forfeiture of the defendant property, which, the government submits, sets forth probable cause for the forfeiture of the defendant property, was filed on or February 6, 2003.

2. The United Marshal Service arrested, or executed process on, the defendant property.

3. As the Verified Complaint sets forth, the property was seized from Jamie Chick.

4. In a Consent to Forfeiture dated and signed by Donna Chick, the owner of the defendant property on March 5, 2003, Donna Chick agreed to forfeit her interest in the defendant property. A copy of the Consent is annexed as Exhibit A.

5. On or about February 19, 2003, notice of the pendency of this case was published in The Aegis, a newspaper of

general circulation in Harford County, Maryland, pursuant to Rule C of the Supplemental Rules For Certain Admiralty and Maritime Claims. A copy of the certification of advertising and Declaration Regarding Circulation are annexed hereto as Exhibit B.

6. No claimant has come forward within the time allotted by law for the filing of claims, which is within ten (10) days of the execution of process. Rule C(4) and (6) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

**WHEREFORE**, the United States of America respectfully requests that the Court enter judgment for the United States of America under the terms and conditions of the draft order submitted herewith for the convenience of the Court.

> Respectfully submitted,
>
> Thomas M. DiBiagio
> United States Attorney

3-16-03
Date

Richard C. Kay
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
Telephone (410) 209-4800

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16ᵗʰ, 2003, a copy of the foregoing Motion for Default Decree of Forfeiture was mailed first class, postage prepaid to Donna Chick, 9 Sandina Drive, East Rochester, New Hampshire 03868.

/s/ Richard C. Kay
Richard C. Kay
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, | * <br> * <br> * |
| v. | *   CIVIL NO. JFM-03-368 <br> * |
| ASSORTED COMPUTER EQUIPMENT <br> (CHICK) <br> Defendant. | * <br> * <br> * |

* * * * * * *

### DEFAULT DECREE OF FORFEITURE

**IT IS ORDERED, ADJUDGED, AND DECREED** on this _____ day of March 2003 that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired; and the owner has agreed to forfeit the defendant property;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. 2465;

4. The defendant property is condemned and all rights, title, and interest of Donna Chick and any and all other persons, are hereby forfeited to the United States of America; and

5. The United States Marshal Service shall dispose of the defendant property in accordance with law.

_____
J. Frederick Motz
United States District Judge