IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. JFM-03-368 |
| ASSORTED COMPUTER EQUIPMENT (Chick) | * |
| | * |
| Defendant. | |

\* \* \* \* \* \* \* \*

## CONSENT TO FORFEITURE

Donna Chick, administrative claimant of the defendant property in the above-captioned *in rem* proceeding, hereby agrees that the defendant property is subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 2254. Claimant hereby consents to the forfeiture of the defendant property to the United States of America and relinquishes all right, title and interest therein.

Dated: *March 5, 2003*

*Donna Chick*
Donna Chick

EXHIBIT A