**HOMESTEAD PUBLISHING COMPANY**
**10 SOUTH HAYS STREET – P.O. BOX 189**
**BEL AIR, MD 21014**
**410-838-4400    410-879-1710**

THE AEGIS – THE RECORD – THE WEEKENDERS – APG NEWS

**NOTICE OF SEIZURE**

NOTICE IS HEREBY GIVEN that by virtue of Warrant for Arrest in Rem, issued by the U.S. District Court for the District of Maryland, in an action entitled <u>United States of America v. Assorted Computer Equipment (Chick)</u> Federal Bureau of Investigation the District of Maryland, arrested on August 9, 2002 said property described under Civil Docket No. JFM 03 CV 368 and filed with the Clerk of the Court for the District of Maryland for violation of 18 U.S.C. § 2252A, and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Supplemental Rule C(6) of the Certain Admiralty and Maritime Rules, Federal Rules of Civil Procedure, and within 30 days after publication must file a claim with the Clerk of the Court, U.S. District Court for the District of Maryland and make service upon the attorney for the plaintiff, and must serve their answers within 20 days after the filing of their claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Richard C. Kay, Assistant United States Attorney, U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201, attorney for plaintiff.

**Johnny L. Hughes**
United States Marshal
101 W. Lombard Street
Baltimore, Maryland 21201

THE AEGIS

CERTIFICATE OF PUBLICATION

This is to certify that the attached legal Appeared in The Aegis, a newspaper Published and printed in Harford County Maryland for ___One___ Consecutive week (s) before ___19th___ Day of ___February___, 20_03_.

*Meredith A. Sica* (signature)
Meredith A. Sica
Legal Department

**EXHIBIT B**